EDGAR B. WASHBURN (SBN 34038)
*ewashburn@mofo.com*
CHRISTOPHER J. CARR (SBN 184076)
*ccarr@mofo.com*
WILLIAM M. SLOAN (SBN 203583)
*wsloan@mofo.com*
SHAYE DIVELEY (SBN 215602)
*sdiveley@mofo.com*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
THE PACIFIC LUMBER COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC LUMBER COMPANY and DOES l-10, inclusive,<br><br>Defendants. | Case No.   C 06-03556 MMC<br><br>**FURTHER STIPULATION RE INITIAL DISCLOSURES**; ORDER THEREON<br>Ctrm:     7<br>Judge:    Maxine M. Chesney |

Defendant The Pacific Lumber Company and Plaintiff Northern California River Watch (collectively "the Parties"), by and through their respective counsel of record, hereby stipulate to extend the time for the parties to complete initial disclosures required by Northern District Civil Local Rule 16-5.

As a result of a mediation held on November 21, 2006, the Parties have reached a settlement in principle resolving the issues in this matter.  The Parties are working on a written settlement agreement, but require more time to reach a concurrence as to specific terms and conditions.

/ / /

**Case No. C 06-03556 MMC**
**FURTHER STIPULATION RE INITIAL DISCLOSURES**
sf-2242411

1

1  The parties previously agreed to exchange initial disclosures is December 21, 2006.  As
2  the Parties are close to reaching a final agreement settling the case, the Parties desire to continue
3  the deadline for exchanging initial disclosures.  Accordingly, the Parties hereby stipulate to
4  continue the deadline for the exchange of initial disclosures to January 22, 2007.

Dated: December 18, 2006          LAW OFFICE OF JACK SILVER

                                  By:   */s/ Jack Silver*
                                        Jack Silver

                                  Attorneys for Plaintiff
                                  NORTHERN CALIFORNIA RIVER WATCH

Dated: December 18, 2006          MORRISON & FOERSTER LLP

                                  By:   */s/ Christopher J. Carr*
                                        Christopher J. Carr

                                  Attorneys for Defendant
                                  THE PACIFIC LUMBER COMPANY

Dated: December 19, 2006

IT IS SO ORDERED
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Case No. C 06-03556 MMC**
**FURTHER STIPULATION RE INITIAL DISCLOSURES**
sf-2242411

2