EDGAR B. WASHBURN (SBN 34038)
*ewashburn@mofo.com*
CHRISTOPHER J. CARR (SBN 184076)
*ccarr@mofo.com*
WILLIAM M. SLOAN (SBN 203583)
*wsloan@mofo.com*
SHAYE DIVELEY (SBN 215602)
*sdiveley@mofo.com*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
THE PACIFIC LUMBER COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH,<br><br>          Plaintiff,<br><br>     v.<br><br>PACIFIC LUMBER COMPANY and DOES l-10, inclusive,<br><br>          Defendants. | Case No.   C 06-03556 MMC<br><br>**JOINT STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Ctrm:    7<br>Judge:   Maxine M. Chesney |

WHEREAS, there is a case management conference scheduled in the above-referenced matter on Friday, January 12, 2007; and

WHEREAS, Defendant The Pacific Lumber Company and Plaintiff Northern California River Watch (collectively "the Parties") are required to file a case management statement in the above-reference matter on Friday, January 5, 2007; and

WHEREAS, as a result of a mediation held on November 21, 2006, the Parties have reached a settlement in principle resolving the issues in this matter; and

WHEREAS, the Parties are working on a written settlement agreement, but require more time to reach a concurrence as to specific terms and conditions.

**Case No. C 06-03556 MMC**
**JOINT STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
sf-2250628

1

**NOW**, **THEREFORE**, for the convenience of the Court, to facilitate the orderly consideration and disposition of the case, and for good cause shown, the parties, by and through their respective counsel of record, stipulate and request as follows:

1. That the case management conference scheduled for January 12, 2007, be continued to **February 23, 2007, at 10:30 A.M.**, and

2. That the deadline for submission of the Parties' joint case management statement be continued to **February 16, 2007, at 10:30 A.M.**

**IT IS SO STIPULATED.**

Dated: January 5, 2007

LAW OFFICE OF JACK SILVER

By: */s/ Jack Silver*
Jack Silver

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

Dated: January 5, 2007

MORRISON & FOERSTER LLP

By: */s/ Christopher J. Carr*
Christopher J. Carr

Attorneys for Defendant
THE PACIFIC LUMBER COMPANY
**Case No. C 06-03556 MMC**
**JOINT STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
sf-2250628

## ORDER

Pursuant to stipulation and for good cause shown:

**IT IS HEREBY ORDERED** that the case management conference scheduled for January 12, 2007, is continued to **February 23, 2007, at 10:30 A.M.**, and

**IT IS FURTHER ORDERED** that the deadline for submission of the Parties' joint case management statement is continued to **February 16, 2007, at 10:30 A.M.** .

**IT IS SO ORDERED.**

DATED: January 5, 2007

_____
MAXINE M. CHESNEY
United States District Judge

**Case No. C 06-03556 MMC**
**JOINT STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
sf-2250628

3