United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RIVER WATCH,

          Plaintiff,

    v.

PACIFIC LUMBER COMPANY,

          Defendant

_____/

No. C-06-3556 MMC

**ORDER CONDITIONALLY CLOSING
CASE FOR STATISTICAL PURPOSES**

      On February 8, 2007, defendant notified the Court that the above-titled action has been automatically stayed, pursuant to 11 U.S.C. § 362(a), by the initiation of bankruptcy proceedings by defendant in the United States Bankruptcy Court for the Southern District of Texas.

      Accordingly, this case is hereby CLOSED for statistical purposes only.

      Nothing contained in this order shall be considered a dismissal or disposition of the action, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this order had not been entered

      **IT IS SO ORDERED.**

Dated: February 16, 2007

_____
MAXINE M. CHESNEY
United States District Judge